UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

INFLOT WORLD-WIDE, INC.,

    Plaintiff,

v.

M/V "PRINCESSA VALENTINA",
a vessel with Port of Registry
George Town, Grand Cayman,
with Official Number 723354,
her engines, tackle, apparel,
and other appurtenances, *in rem*,
    and
MR. CARL RUDERMAN, *in personam*,

    Defendant.

_____/

CASE NO. 02-61805

MAGISTRATE JUDGE



**CIV-MARRA**

[MAGISTRATE JUDGE SELTZER]

FILED BY ___ D.C.

2002 DEC 30 AM 11:38

CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

### VERIFIED COMPLAINT

Plaintiff, INFLOT WORLD-WIDE, INC. ("INFLOT"), sues Defendants, M/V "PRINCESSA VALENTINA", *in rem,* and MR. CARL RUDERMAN ("RUDERMAN"), *in personam,* and alleges:

### A - JURISDICTION AND VENUE

1.  This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears.  This is an admiralty or maritime claim within the meaning of Rule 9(h).

2.  This is an *in rem* action to enforce a maritime lien on a vessel which is specifically authorized by 46 U.S.C. § 31342(a)(2).



Defendant, M/V "PRINCESSA VALENTINA", presently is within the Southern District of Florida.

B - PARTIES

3.   Plaintiff, INFLOT, is a Florida corporation with principal offices at 110 East Broward Boulevard, Ste. 660, Fort Lauderdale, FL 33301.  It is in the business of providing port services and tours to ships.  It subcontracted some services to others.

4.   Defendant, "PRINCESSA VALENTINA", is a 146.4-foot, recreational vessel documented in George Town, Grand Cayman, with Official Number 723354.  She is owned by Defendant, RUDERMAN.

5.   Defendant, RUDERMAN, has addresses at Universal Media, Universal Media Building, 801 Second Avenue, New York, NY 10017, and at Porto Vita, Turnberry Isles, Aventura, FL; 1898 151 Street, Miami, FL 33162, and 20165 NE 39th Place, TS01, Miami, FL 33180.

C - COMPLAINT - MARITIME LIEN

6.   Defendant, M/V "PRINCESSA VALENTINA", engaged Plaintiff for certain maritime ship chandler services such as pilots, Immigration, Customs, dockage, water, fuel, food and the like in various European and Baltic ports in the summer of 2002, including the ports of Dublin, Ireland; Grenock, Scotland; Tallinn, Kuivastu and Roosisaare, Estonia; Helsinki and Savolinna, Finland; Viborg, Denmark; Riga, Latvia; and St. Petersburg and Moscow, Russia.

2

7.   A detailed accounting is appended hereto as Ex.A.

8.   Plaintiff has had to hire an attorney to file this action to enforce a maritime lien.  It seeks its reasonable attorney's fees.

<u>D - COMPLAINT - UNJUST ENRICHMENT</u>

9.   Defendant, RUDERMAN, is de facto owner of Defendant vessel, "PRINCESSA VALENTINA", although he may own her through a wholly-owned and controlled Cayman corporation.

10.  Defendant, RUDERMAN, was residing on board Defendant vessel at all times necessaries were provided to Defendant vessel and wrongfully benefitted from all of the supplies and arrangements provided by Plaintiff and its subcontractors.  These included, in the various ports listed above, pilots, Immigration, Customs, dockage, water, fuel, food and even tours, transportation and meals at the various ports.

11.  Defendant, RUDERMAN, specifically ordered all of the unpaid-for items, controlled the destinations of Defendant vessel, and directed the captain in such a way that Plaintiff expected to be paid by him for all of these unpaid-for items.

12.  Plaintiff has had to hire an attorney to collect for these unpaid-for items ordered by Defendant, RUDERMAN, and enjoyed by Defendant, RUDERMAN, and his guests under circumstances where compensation from him is reasonably expected by Plaintiff.

3

<u>E - ORAL CONTRACT</u>

13.   Defendant, RUDERMAN, through his agent, Captain Peter Thompson, then Master of "PRINCESSA VALENTINA", contracted for all of the unpaid-for items noted above in Counts C and D.

14.   Defendant, Ruderman,  through his agent, Captain Peter Thompson, then Master of "PRINCESSA VALENTINA", promised to pay for all of the unpaid-for items noted above in Counts C and D.

15.   An INFLOT subcontractor located in Sweden, Stockholm Safari and Events, arranged services in Scotland and Ireland and attempted to collect through diplomatic channels.   A fax from Captain Thompson to Ambassador Schechter, appended as Ex.B, contains the following explanation of events.

Dear Ambassador Schechter:

Further to several telephone conversations with David Barda, it would appear that there is some reticence to settle outstanding invoices due by my former employers. I hereby confirm that I organized all of the events as listed in the statement below in my capacity of Master of the M.Y. Princesa Valentina on behalf of the beneficial owner Mr. Carl Ruderman and that all of the prices were agreed in advance between Mr. Barda and myself, in the absence of any further funds being transferred to Stockholm Safari and Events it is my belief that the funds being requested are just and fair per our agreement upon engaging Mr. Barda to perform the said tasks, events and services.   Should you have any further queries regarding this matter please do not hesitate to call me on +44 77 88 780 960.

Kindest regards

Capt. Peter Thompson

4

WHEREFORE, Plaintiff, INFLOT, demands:

(1)   Judgment against Defendant vessel, "PRINCESSA VALENTINA", and Defendant, RUDERMAN, in the amount of $58,191.37 plus pretrial interest of $2,339.48 to date, costs of filing and arrest of $2,150, and its attorney's fees, plus

(2)   An Order that the Marshal sell Defendant, M/V "PRINCESSA VALENTINA", as provided by law, and

(3)   An Order that Plaintiff, INFLOT, be permitted to bid its judgment at the Marshal's sale.

Date: December 30, 2002

CAPTAIN EDWARD R. FINK
Judge Advocate General's Corps
United States Navy (Retired)
Attorney for Plaintiff
P.O. Box 460037
Fort Lauderdale, Florida 33346
Tel. (954)524-6289; Fax (954)523-9446
Florida Bar No. 330337

STATE OF FLORIDA      )
                      ) SS
COUNTY OF BROWARD      )

CAPTAIN SERGEY PONYATOVSKY, being first duly sworn, says that he is the President of Plaintiff, INFLOT, in this case, that he has personal knowledge of the facts of this case, and that this document is true to the best of his knowledge, information and belief.

5

CAPTAIN SERGEY PONYATOVSKY
President
INFLOT WORLD-WIDE, INC.
111 East Broward Blvd. – Ste. 660
Fort Lauderdale, FL 33301
Plaintiff

The foregoing instrument was acknowledged before me this ____

day of December 2002 by CAPTAIN SERGEY PONYATOVSKY, who is

personally known to me or has produced FLORID DRIVER'S LICENSE P531-798-56-087-0 as

identification and who did take an oath.

NOTARY PUBLIC, State of Florida
Print: EDWARD R. FINK

My Commission Expires:

Edward R. Fink
Commission # CC 863860
Expires Oct. 4, 2003
Bonded Thru
Atlantic Bonding Co., Inc.

Appended:
Ex.A – Account Details
Ex.B – Capt. Thompson Fax

Valentina.com

ОТ :                          ФАКС NO. : 3200300              ДЕК. 24 2002 10:41   СТР1





198020 St-Petersburg.
Obvodny Canal 142/16 B
Russia
Phone: 7-812-251-5857
Fax: 7-812-320-8393
E-mail: passen@mail.wplus.net

Suite 660.
110 East Broward Blvd.
33308 Ft. Lauderdale, Fl. USA
Phone:   (954) 832-0506
Fax:     (954) 832-9010
E-mail: inflotww@aol.com

**The Network of Excellence**

| | | |
|---|---|---|
| From: | Captain Peter Parinov<br>Director General | INFLOT World Wide St-Petersburg |
| Questions? | Call +7-812-251-5857<br>Fax +7-812-320-8393<br>E-Mail : passen@mail.wplus.net | Obvodny Canal Quay 142/16-B<br>St-Petersburg, 198020, Russia |
| To: | Sergey Poniatovsky<br>Chairman | |
| Company: | INFLOT World Wide Inc., | *f 1 305-5 7 7 8565 .* |
| Date: | 24 December 2002 | |
| Time: | | Pages: *3 1* (including this one) |
| Re: | m.v. "Princesa Valentina" outstanding | |

*Dear Captain Poniatovsky,*

*As per Your request we are pleased to forward the outstanding invoices for the Owners of Princesa Valentina cruise in Baltic and North Europe Summer 2002. Claimants:*
*1. Messrs. INFLOT World Wide Inc.*
*660 Suite, 110 East Broward Boulevard*
*33301, Ft-Lauderdale, Florida, USA*
*phone: 1-954-832-0506*
*Fax: 1-954-832-9010*
*Captain Sergey Poniatovsky*

*2. Messrs. Stockholm Safari &Events*
*Styrmansgatan 41*
*SE-11454 Stockholm*
*Sweden*
*Tel: 46-8-663-1003*
*Fax: 46-8-663-1001*
*Mr. David Barda*



www.inflotww.sp.ru



EXHIBIT
A
1 OF 32

Blumberg No. 5192

● Page 2
*Outstanding payments for INFLOT World Wide Inc*                               December 24, 2002

1.   *Disbuirsement Account No 21026*      *USD 7 213.20*
2.   *Disbuirsement Account No 21027*      *USD 6457.98*
3.   *Disbuirsement Account No 21028*      *USD 5666.11*
4.   *Disbuirsement Account No 21029*      *USD 5565.95*
5.   *Disbuirsement Account No 21030*      *USD 4340.29*

**TOTAL**                                  **USD 29 243.53**

**OUTSTANDING PAYMENT CLAIM:**

*Total outstanding payments:*              **USD 29 243.53**
*Interest 16% pa (6 MONTHS)*               **USD 2 339,48**

**LOSS AND DAMAGES**                       **USD 5000**

**LEGAL FEES**                             **USD 10000**

**TOTAL FINAL:**                           **USD 46 583**

*Outstanding payments for Stockholm Safari &Events*

*As per report :*                          **EURO 28 104.70**
                                           **USD 28 947.84**

**GRAND TOTAL JOINT CLAIM:**               **USD 75 530.85**

*Please find the related invoices and documents as per list herein below:*

**INFLOT World Wide Inc,**

1.   *Appointment from Messrs. Transatlantic Agencies – General Agents for Princesa Valentina to INFLOT World Wide Inc.,*
2.   *Summary of Outstanding Balance for Princesa Valentina 2002*
3.   *Authorization for payment of East Travel invoices signed by Captain Peter Thompson dated 16.07.2002*
4.   *East Travel Invoices, Outstanding*
5.   *Invoice for dinner in Hotel de Rome , Outstanding*
6.   *Disbursement accounts for Estonia and Riga invoices to Messrs, Sea R Ltd- the owners of Princesa Valentina*

**Stockholm Events & Safari**

1.   *Outstanding Balance report*
2.   *Iuoices 118,119,120,121*
3.   *Authorization from Captain Peter Thompson for payment*
4.   *Invoice 122*

*Please note that it is important to seize m.y. Princesa Valentina while she is in Fort Lauderdale as the property of Mr.Carl Ruderman for the deposit of invoices unpaid.*



Bloomberg No. 5192

EXHIBIT
A
2 OF 32

Dec 24 02 12:25p    B&H    305-577-8565    p.1

ОТ :    ФАКС NO. : 3208389    ДЕК. 24 2002 18:42   СТР3

December 24, 2002

● Page 3

*Please keep us posted of the developments at Your very urgent convenience.*

*Please contact me if You have any questions,*

*Sincerely,*

*Captain Peter Parinov*
*General Director*
*INFLOT World Wide St-Petersburg*

EXHIBIT
A
3 OF 32
Blumberg No. 5102

305-577-8565    P.2

OT :                         ФАКС NO. : 3208389          ДЕК. 24 2002 18:52   CTP17

'02 12/16 MAN 13:29 FAX 0040 8 6631001     STC AB SWEDEN                    @0

## STOCKHOLM SAFARI & EVENTS™
* * * * *

INFLOT World Wide St-Petersburg
Deputy Director General: Mr. Igor Glukhov
142/16 Obvodny Canal Quay                     phone: +7-812 251 5857
198020 St-Petersburg, Russia                  fax:    +7-812 320-83-93

Stockholm the 16th of December 2002.

*20/12-05*

Re:       Legal Actions against M/Y Princesa Valentina / Carl Ruderman

Dear Mr. Glukhov,

With reference to previous telephone conversation and last correspondence
regarding M/Y Princesa Valentina unsettled and outstanding balance
payments covering tailor made VIP-Standby services on the British Isles in
August and September 2002

We have forwarded and presented all documentation required by Michael
Moore in order to receive outstanding balance payments, on receipt of all
documentation Michael Moore has refused to discuss the matter further as
well as refused to remit outstanding balance payments with the argument that
our services were: quote -- "to expensive"

As agreed, please find documentation in order to commonly proceed with
legal actions against M/Y Princesa Valentina as well as Michael Moore and
Carl Ruderman.

Enclosing current location of M/Y Princesa Valentina with new captain
coordinates with address of Carl Ruderman in order to proceed swiftly as it
has come to our attention that the Carl Ruderman company is planning a long
winter cruise in the Caribbean's starting 1st week of January from Ft
Lauderdale, FL – USA.

Also enclosing you our claim balance sheet, looking forward to your reply
meanwhile remaining at your disposal with ...

Kind regards

David J. Barda

## STOCKHOLM SAFARI & EVENTS™

Styrmansgatan 41                              tel: 00 46 8 663 1003
SE-114 54 Stockholm                           fax: 00 46 8 663 1001



EXHIBIT
A
4 OF 32

# INFLOT
# CLAIM DOCS



EXHIBIT
A
5 OF 32

OT :                          ФАКС NO. : 3209389          ДЕК. 24 2002 18:42   СТР4

Страница 1 из 1

## INFLOT World Wide. Financial Department

| От: | "Trans-Atlantic Agencies, Inc. - Correspondence" <ops@trans-atlanticagencies.com> |
| Кому: | "INFLOT - ST PETERSBURG" <passen@mail.wplus.net> |
| Копия: | "INFLOT USA" <inflotww@aol.com> |
| Отправлено: | 8 мая 2002 г. 17.38 |
| Тема: | FW: Princesa Valentina |

Dear Capt. Parinov:

In connection with the Visitation of the Princesa Valentina at
St. Petersburg. We will require the following items during the vessels
visit. The current dates of visitation are as follow. .

| St Petersburg - | 24 June - 06 July |
| Moscow - | 07 - 11 July |
| Tallinn - | 12 - 13 July |
| Riga - | 14 - 15 July |
| Tallinn - | 16 - 18 July |

1   Pilotage into the port of St. Petersburg
2   Confirmation of Berth allocation for the proposed period
3   Security 24 hours for the vessel
4.  Discreet security for the owners party
5.  Vehicles. 2 x luxury car  + 1 minibus all 3 with drivers available from 07.00 to at least 23.00
6.  A suggestion of a cultural itinerary with guides & historian, both Russian & English Speaking. (Not the emphasis on
    excellence here can not be overstated. Mr. Ruderman is remarkably well informed)
7   A Private evening extravaganza Banquet with Russian [ops] theme for the owner & family, horse drawn
    carriages period dressed animation dancers. Musicians. Magicians, fireworks etc   Either in an exquisite
Palace or even
    open air

Note we have contact Arctur Travel for items 6 and 7  Please advise prospects for berth in Moscow


Recommended charts (BA) for the areas to be transited

Thanks

David Keller


EXHIBIT
A
6  OF  32

14.11 02



**INFLOT WORLD WIDE**
198020 St-Petersburg
Obvodny Canal Quay 142/16 B
Russian Federation
phone: +7-812-251-5857
fax: +7-812-320-8393
E-Mail: passen@mail.wplus.net

The Network of Excellence
www.inflotwww.sp.ru

660 Suite
110 East Broward Blvd
Florida, 33301 USA
phone: +1-954-832-0506
fax: +1-954-236-0437
E-Mail: inflotww@aol.com

## SUMMARY REPORT FOR M.Y PRINCESSA VALENTINA BALTIC CRUISE 2002

| DisbNo | Ship's Name | Arrival | Departure | Entti | D/acc | Final | Received | Date | Balance | Port of Call |
|---|---|---|---|---|---|---|---|---|---|---|
| 21025 | Princessa Valentina | 24.06.02 | 24.06.02 | 1 | | $1 564,30 | $1 564,30 | 21.06.02 | $0,00 | Tallinn |
| 2002211 | Princessa Valentina | 24.06.02 | 07.07.02 | 1 | $9 382,66 | $53 147,35 | $53 147,35 | 21.06.02 | $0,00 | St-Petersburg |
| 2001001 | Princessa Valentina | 08.07.02 | 08.07.02 | 1 | | $1 124,00 | $1 124,00 | | $0,00 | Viborg |
| 5 | Princessa Valentina | 08.07.02 | 10.07.02 | 1 | | $8 561,91 | $8 561,91 | | $0,00 | Savolinna |
| 2001002 | Princessa Valentina | 11.07.02 | 11.07.02 | 2 | | $774,00 | $774,00 | | $0,00 | Viborg |
| 6 | Princessa Valentina | 11.07.02 | 12.07.02 | 2 | | $7 738,18 | $7 738,18 | | $0,00 | Helsinki |
| 21026 | Princessa Valentina | 12.07.02 | 12.07.02 | 2 | | $23 900,00 | $16 686,80 | 15.07.02 | -$7 213,20 | Tallinn |
| 21027 | Princessa Valentina | 14.07.02 | 15.07.02 | 1 | | $8 341,60 | $1 883,62 | | -$6 457,98 | Kuivastu |
| 21028 | Princessa Valentina | 15.07.02 | 16.07.02 | 1 | | $7 510,55 | $1 844,44 | | -$5 666,11 | Roomassaare |
| 21029 | Princessa Valentina | 16.07.02 | 17.07.02 | 1 | | $7 983,28 | $2 417,33 | | -$5 565,95 | Parnu |
| 21030 | Princessa Valentina | 17.07.02 | 18.07.02 | 1 | | $16 680,29 | $12 340,00 | | -$4 340,29 | Riga |
| | | | | | | $ 137 325,46 | $ 108 081,93 | | $ -29 243,53 | |



INFLOT WORLD
St.-Peters...
AS AGEN...

Page 1


Blumberg No. 5102
EXHIBIT
A
7 OF 32

ФАКС NO. : 3208389



VOUCHER NO. _____ 5

INFLOT
SHIPPING AGENCY

INFLOT
SHIPPING AGENCY
ST LINN LSI3UN
Expenses of m/v    Ft Valentina   Date 16.07.00

Excursion service
and entertaiment by Estravel
Payment as per actual bill

MASTER
Princesa Valentina

Master

Agent

EXHIBIT
A
8  OF  32

DT :                    ФАКС NO. : 3208389              ДЕК. 24 2002 18:45   СТР7
304-577-8565
P. 8
Dec 24 2002 18:37:5...                                                  P.8

410 285 9164

(7)

nt By: INFLOT Ltd ;              3828367;           Sep 17-02 18:27;           Page 3/4

D/A 114/5
(3)



ESTRAVEL          Travel
                  Services

## ARVE nr. 357413-03

| AS INFLOT | | Tellimuse nr: | 357413 |
| TUUKRI 58 | | Kliendi nr: | 3671 |
| TALLINN 10120 | | | |
| Estonia | | Arve kuupäev | 19.07.2002 |
| | | Maksetähtaeg: | 19.07.2002 |
| Tellija N.ARHANGELSKAJA, tel 6470 | | | |
| | | Tellimuse sisestas: | siin / 08.07.2002 |

REISIJATE NIMED:
P1:RUDERMAN, CARL 12

| TEENUS (KOOD) | NIMETUS/SELGITUS [ Subject ] KUUPÄEV, SIHTKOHT, REISIJAD | TK HIND KR [Purel EEK] | KOGUS TK | KOKKU NETTO KR [ Net sum ] | KÄIBEMAKS KR [ VAT ] |
|---|---|---|---|---|---|
| (MPS) | INCOMING PAKETT PÄEV SAARMAA1-DAY IN SAAREMAA 15.07.2002 EST P1 | 86043.00 | 1 | 72917.80 | 13125.20 (18%) |
| | Tellimus kokku [ Total ] | | | 72917.80 | 13125.20 |
| | Tasuda [Topay] | | 86043.00 Kr | | |

= Eur 5533.31

ESTRAVEL
American Express Travel
17-09-2002
Issued by: Pille Troila
TALLINN - ESTONIA

Estravel AS käibemaksukohustuslase registreerimisnumber EE 100141152

Valige tasumiseks sobiv pangakonto: 221001129950 Hansapank (767),
332005460009 Sampo Pank (770), 10052002374002 Eesti Ühispank (401), 17253886 Nordea Pank
Eesti maal Tallinn.

Tasumise tähtaeg on 19.07.2002  Estravel AS jätkab endale õiguse arvestada viivist 0.1 % päevas

*** NB! Et kindlustada makumise arvelevõtt, märkige maksekorraldusele käesoleva arve/tellimuse
viitenumber 357413036712

## TÄNAME TELLIMUSE EEST!

IUF dokumendi trükkis Pille Vaher maa@ras.evelus. +372 5263580)

EXHIBIT
A
9 OF 32
Bloomberg No. 9192



DT :  ФAKC NO. : 3208389  ДFK. 24 2002 18:46  CTP8

Sent By: INFLOT Ltd.;  0620367;  Sep-17-00 18:28;  Page 4/4

*9*

D/A 119/0 ⑤

**ESTRAVEL** KEISIBURGO  Travel Services

## ARVE nr. 357413-04

AS INFLOT
TUUKRI 58
TALLINN 10120
Estonia

Telija: NARKANGELSKAJA KUPOR

Tellimuse nr.  357413
Kliendi nr:  3671

Arve kuupäev:  19.07.2002
Maksetähtaeg:  19.07.2002

Tellimuse sisestas:  surr / 08.07.2002

REISIJATE NIMED:
P1 RUDERMAN, GARI (12)

| TEEHUS (KOOD) | NIMETUS, SELGITUS [Subject] KUUPÄEV, SIHTKOHT, REISIJAD | TK HIND KR [Price, EEK] | KOGUS TK | KOKKU NETTO KR [Net Sum] | KÄIBEMAKS KR [VAT] |
|---|---|---|---|---|---|
| D (MPS) | INCOMINGU PAKETT PÄEV PÄRNUS DAY IN PÄRNU 16.07.2002 TLL P1 | 63872.00 | 1 | 54128.81 | 9743.19 (18%) |
| G (MP) | INCOMINGU PAKETT MASSEUS IN RIGA 17.10.02 02 17.07.2002 RIX P1 | 20650.00 | 1 | 20650.00 | 0.00 (0%) |
| | | | Tellimus kokku [Total] | 74778.81 | 9743.19 |
| | | **Tasuda [To pay]** | | **84522,00 Kr** | |

= EUR 5435,50

PAID [Paid]

**ESTRAVEL**
American Express Travel
17-09-2002  Meléo,
Issued by: Plle Treila
TALLINN  ESTONIA

Estravel AS käibemaksukohustuse registreerimise number NE 10031657

Valige tasumiseks sobiv pangakonto 221001129950 Hansapank (767),
332005460000 Sampo Pank (720), 10052002374002 Eesti Ühispank (401); 17283836 Nordea Pank
Eesti filiaal Tallinn

Tasumise tähtaeg on 19.07.2002. Estravel AS jätkab endale õiguse arvestada viivist 0,1 % päevas

*** NB! Et kindlustada laekumise arvelevõtt, märkige maksekorraldusele käesoleva arve/tellimuse
viitenumber 357413010702

## TÄNAME TELLIMUSE EEST!

(vt dokumendi trükkis Põle Viitenumber@estravel.ee; +372 5283580)



EXHIBIT
A
10 OF 32

OT :

ФАКС NO. : 3208389          ДЕК. 24 2002 18:47   CTP9

t By: INFLOT Ltd.;          6523667;          Sep-17-02 18:26;          Page 2/4



b/A 112/6

**ESTRAVEL**   Travel Services

## ARVE nr. 357413-02

| AS INFLOT<br>TUUKRI 58<br>TALLINN 10120<br>Estonia<br>Tehja: MARHANGELSKAJA 6605670 | Tellimuse nr   357413<br>Klendi nr   3671 |
|---|---|
|  | Arve kuupäev   19.07.2002<br>Maksetähtaeg   19.07.2002 |
|  | Teenuse osutatus   siin 08.07.2002 |

REISIJATE NIMED
P1:RUDERMAN CARL(12)

MAKSTUD [Paid]

| TEENUS<br>(KOOD) | NIMETUS, SELGITUS [Subject]<br>KUUPÄEV, SIHTKOHT, REISIJAD | TK HIND<br>KR (EEK)<br>[Price, EEK] | KOGUS<br>TK<br>[Qty] | KOKKU<br>NETTO KR<br>[Net Sum] | KÄIBEMAKS<br>KR<br>[VAT] |
|---|---|---|---|---|---|
| 6<br>MP31 | INCOMINGU PAKETT 8IU VATERL, STOCKHOLM<br>PÄEV SAAREMAAL/ DAY in SAAREMAA<br>14.07.2002  EST  P1 | 98068.00 | 1 | 83108.47 | 14959.53<br>(18%) |
|  | Tellimus kokku [Total] |  |  | 83108.47 | 14959.53 |
|  | **Tasuda** [To pay] |  |  | **98068,00 Kr** | |

= EUR 6306.62

Estravel AS käibemaksukohustuslase registreerimisnumber on EE100147470

Valige tasumiseks sobiv pangakonto: 221001129650 Hansapank (767)
332005460009 Sampo Pank (720), 10052002374002 Eesti Ühispank (401), 17283836 Nordea Pank
Eesti filiaal Tallinn

Tasumise tähtaeg on 19.07.2002. Estravel AS jätkab endale õiguse arvestada viivist 0,1 % päevas

*** NB! Et kindlustada laekumise arvelevõtt märkige maksekorraldusele käesoleva arve/tellimuse
viitenumber 357412036712

### TÄNAME TELLIMUSE EEST!

(Uff dokument) trükkis Pille Vabriname@estravel.ee  +372 6293500)

ESTRAVEL
American Express Travel
17-09- 2002
Issued by: Pille Trolla
TALLINN · ESTONIA


EXHIBIT
A
(1 OF 32)

Case 0:02-cv-61205-KAM   Document 1   Entered on FLSD Docket 12/30/2002   Page 18 of 40
305-577-8565   P.11

OT :

ФАКС NO. : 3208389                    ШЕК. 24 2002 18:47   CTP10

OT By: INFLOT Ltd.;                8623667;        Sep-17-02 18:26;              Page 1

*Attn: Igor Glukhov*
*Fm Inflot Tallinn*  *2/A 109/0*

ESTRAVEI  Travel Services

## ARVE nr. 357413-01

| | |
|---|---|
| AS INFLOT<br>TUUKRI 58<br>TALLINN 10120<br>Estonia | Tellimuse nr        357413   [ Order no. ]<br>Kliendi nr       3671   [ Client no. ]<br><br>Arve kuupäev.     19 07 2002   [ date of issue ]<br>Maksetähtaeg       19 07 2002   [ Payment date ]<br><br>Tellimuse sisestas    sün 08 07 2002 |

REISIJATE NIMED    [ Name of tourists ]
Pr GUDERMAN CARL...

MAKSTUD  *Peeea*
[ Paid ]

| TEENUS<br>(KOODI) | NIMETUS, SELDITUS   [ Subject ]<br>KUUPÄEV, SIHTKOHT, REISIJAD | TK HIND<br>KR<br>[ Price, EEK ] | KOGUS<br>TK<br>[ QNT ] | KOKKU<br>NETTO KR<br>[ Net sum ] | KAIBEMAKS<br>KR<br>[ VAT ] |
|---|---|---|---|---|---|
| A<br>(MPS) | INCOMINGU PAKETT BR. MR CARL GUDERMAN<br>PAEV TALLINNAS DAY IN TALLINN<br>19 07 2002  TLL PH | 77097.00 | 1 | 65844.92 | 11852.05<br>(18%) |
| F<br>(MPS) | INCOMINGU PAKETT<br>DAY IN TALLINN CANCELLATION Fee<br>12 07 2002  TLL PH | 28997.00<br>50% | 1 | 30475.30 | 6025.20<br>(18%) |
| H<br>(KOS) | BRONEERIMISTASU<br>12 07 2002  TLL PH | 245.00<br>100% | 1 | 0.00 | 0.00 |
| | | | Tellimus kokku  [ TOTAL ] | 96318.22 | 17877 28 |
| | | | **Tasuda** [ To pay ] | | **117195,50 Kr** |

≈ EUR 7537.00

Estravel AS käibemaksukohuslase registreerimis nr. EE 100104547

Valige tasumiseks sobiv pangakonto: 221001129950 Hansapank (767)
332005460009 Sampo Pank (720)   005200237d002 Eesti Unispank (401) 17285836 Nordea Pank
Eesti Filiaal Tallinn

Tasumise tähtaeg on 19 07 2002. Estravel AS jätkab endale õiguse arvestada viivist 0,1 % päevas

*** NB! Et kindlustada laekumise aruvõtt, märkige maksekorraldusele käesoleva arve tellimuse
viitenumber 357413036712

TANAME TELLIMUSE EEST!

ESTRAVEL
American Express Travel
17-09-2002
Issued by: Piibe Tiroia
TALLINN · ESTONIA

(VF dokumendi koostas Piibe Virtuma@estravel.net, +372 5293580)


EXHIBIT
A
12 OF 32




**sia REHO**
Latvijas - Vācijas kopuzņēmums
Lettisch - Deutsches Gemeinschaftsunternehmen

LAT-FINN AGENCY
Elizabetes iela 51
Riga, LV-1050
Latvija

23.07.2002

Rēķins Nr. R - 310

Viesnīcas "Hotel de Rome" sniegtie pakalpojumi.

| | Datums | Summa |
|---|---|---|
| VAKARINAS RAMINZALE | 17.07.2002. | 2517,20 |
| MY "PRINCESSA VALENTINA" | | |
| APKALPET UN VIESIEM | Summa neto | 2133,22 |
| | PVN 18 % | 383,98 |
| | Summa kopa | 2517,20 |

USD 4340,3

Lūdzam pārskaitīt līdz 2002.g. 2. augustam uz mūsu bankas kontu vai samaksāt skaidrā naudā
Lūdzam atsūtīt maksājuma uzdevumu.

KU"REHO", Latvijas Unibanka, "Rīdzenes" nodaļa, SWIFT kods UNLALV2X.
rēķino Nr 02 003 367 079.

Pateicamies par sadarbību, KU REHO
Hotel de Rome/Konventa Sēta

Norēķinu daļa

Reģ Nr LV 40003044990



EXHIBIT A
13 of 32

OT :                              ФАКС NO. : 3208389          ДЕК. 24 2002 18:49   CTP12



Messrs.   **Sea R Ltd**

| | | | | |
|---|---|---|---|---|
| at Tallinn | **Disbursement Account** | | 200246 | **GRT** 608 |
| m/v. | **Princessa Valentina** | | | **Flag** Cayman Islands |
| 1. L= | 44,37 B= | 9,2 H | 4,65 V= 1898,149 CBM | **Call No** 1 |

**Arrived** 12.07.02                                      **Sailed** 12.07.02

| **Expenses and Dues** | | EUROS |
|---|---|---|
| **Compulsory Port Dues** | | |
| 1 * TONNAGE DUES IN and OUT | for the first call only | 0,00 |
| 2 *LIGHT DUES IN and OUT | | 98,17 |
| 3 PIER DUES | | 400,00 |
| 4 SANITARY DUES | | 0,00 |
| 5 PAX FEE IN | 11 PAX*USD  1,02 | 1,22 |
| | Sub Total | 509,39 |
| **Pilotage & Mooring** | | |
| 6 PILOTAGE   IN and OUT | | 245.42 |
| 7 MOORING IN and OUT | | 92.25 |
| | | 337,67 |
| **Agency Charges** | | |
| 8 AGENCY FEE | | 412.00 |
| | Sub Total | **412,00** |
| **Other Dues & Expences** | | |
| 9 CARGAS PER TARIFS/OFFICIALS DELIVERY | | 280.00 |
| 10 COMMUNICATION EXPENSES | | 80,00 |
| 11 EXPRESS MAIL (DHL,UPS,ETC) | | 0.00 |
| 12 BANK CHARGES | | 0.00 |
| 13 TUGS  IN and OUT | | 0.00 |
| 14 FRESH WATER | 0 tons | 82.22 |
| 15 GARBAGE | | 0.00 |
| 16 BERTH RESERVATION  FOR THE FIRST CALL ONLY | | 800.00 |
| 17 OTHER EXPENCE  Agency fee for arranging excursions | | 7517.00 |
| 18 MISCELLANEOUS       Incoming services rendered by Estravel | | 5830.00 |
| 19 Limousine service for total voyage | | 540.00 |
| 20 Sea charts supplied by GOTTA | | 3984.00 |
| 21 Security for the whole voyage | | 50.11 |
| 22 Forwarding expences by AIR CARGO | | 2284.52 |
| Shipchander AORES supply | | |
| | Sub Total | 22090,90 |
| | **Grand Total EURO** | **23349,96** |
| | **Exchange rate EURO/ $** | **0,977000** |
| | **Total in $ dollars** | **23899,65** |
| | **Prefund** | see report |
| | | **$23 899,65** |
| | | pay this amount |

**Please make this Disbursement payable**
**to our account listed below:**

**OUR BANK ACCOUNT :**
**FIRST UNION NATIONAL BANK**
**FORT LAUDERDALE ,FLORIDA**
**R/T 067006432**
**BENEFICIARY : INFLOT WORLD WIDE INC.SHIPPING**
**SWIFT: SE*NUS 33**
**ACCOUNT : # 2090003077297**
**REF: PORT EXPENSES IN TALLINN**

ENGLISH INTERNATIONAL
SHIPPING CORP.
AS AGENTS ONLY

AGENT_____        STAMP_____

19-авг -02

**EXHIBIT**
**A**
14 of 32



Messrs    Sea R Ltd

| At Roomassaare | Disbursement Account | | 200248 | GRT | 608 |
|---|---|---|---|---|---|
| m v  Princessa Valentina | | | | Flag | Cayman Islands |
| 1.  L= | 44,37 H= | 9,2 H | 4,65 V= | 1898,149 CBM | Call No | 1 |

| Arrive: | 16.07.02 | | Sailed | 17.07.02 |
|---|---|---|---|---|

**Expenses and Dues**                                                    EUROS

**Compulsory Port Dues**
| 1 | TONNAGE DUES IN and OUT | for the first call only | 575,20 |
|---|---|---|---|
| 2 | LIGHT DUES  IN and OUT | | 0,00 |
| 3 | PIER DUES | | 0,00 |
| 4 | SANITARY DUES | | 0,00 |
| 5 | PAX FEE  IN | 0 PAX*USD  1,02 | 0,00 |
| | | Sub Total | 575,20 |

**Pilotage & Mooring**
| 6 | PILOTAGE   IN and OUT | 330,30 |
|---|---|---|
| 7 | MOORING IN and OUT | 0,00 |
| | | 330,30 |

**Agency Charges**
| 8 | AGENCY FEE | 309,00 |
|---|---|---|
| | Sub Total | 309,00 |

**Other Dues & Expences**
| 9 | CAR.AS PER TARIFS/OFFICIALS DELIVERY | 210,00 |
|---|---|---|
| 10 | COMMUNICATION EXPENSES | 80,00 |
| 11 | EXPRESS MAIL (DHL,UPS,ETC) | 0,00 |
| 12 | BANK CHARGES | 0,00 |
| 13 | TUGS  IN and OUT | 0,00 |
| 14 | FRESH WATER | 0   tons | 0,00 |
| 15 | GARBAGE | 0,00 |
| 16 | BERTH RESERVATION  FOR THE FIRST CALL ONLY | 0,00 |
| 17 | OTHER EXPENCE: Agency fee for arranging excursions | 300,00 |
| 18 | MISCELLANEOUS | Incoming services rendered by Estravel | 5533,31 |
| 19 | | 0,00 |
| 20 | | 0,00 |
| 21 | | 0,00 |
| 22 | | 0,00 |
| | Sub Total | 6123,31 |

| Grand Total EURO | 7337,81 |
|---|---|
| Exchange rate EURO/ $ | 0,977000 |
| Total in $ dollars | 7510,55 |
| Prefund | see report |
| | $7 510,55 |
| | pay this amount |

Please make this Disbursement payable
to our account listed below:

OUR BANK ACCOUNT :
FIRST UNION NATIONAL BANK
FORT LAUDERDALE ,FLORIDA
R/T 067006432
BENEFICIARY : INFLOT WORLD WIDE INC.SHIPPING
SWIFT: SEFNUS 33
ACCOUNT: # 2090003077297
REF: PORT EXPENSES IN TALLINN

AGENT_____        STAMP_____
                                         19-авг-02



EXHIBIT
A
15 of 32

OT :                          ФАКС NO. : 3208389              ДЕК. 24 2002 18:50   CTP14



Messrs.   **Sea R Ltd**

| | Disbursement Account | 200249 | GRT | 608 |
|---|---|---|---|---|
| al Parou | | | | |
| m.v. **Princessa Valentina** | | | Flag | **Cayman Islands** |
| 1. L= 44,37 B= 9,2 H 4,65 V= | 1898,149 CBM | | Call No | 1 |

**Arriver 16.07.02**              **Sailed 17.07.02**

| | **Expenses and Dues** | | EUROS |
|---|---|---|---|
| | **Compulsory Port Dues** | | |
| 1 | TONNAGE DUES IN and OUT | for the first call only | 312.80 |
| 2 | *LIGHT DUES IN and OUT | | 98.17 |
| 3 | PIER DUES | | 312.80 |
| 4 | SANITARY DUES | | 0.00 |
| 5 | PAX FEE IN | 0 PAX*USD 1.02 | 0.00 |
| | | Sub Total | 723,77 |
| | **Pilotage & Mooring** | | |
| 6 | PILOTAGE IN and OUT | | 183,04 |
| 7 | MOORING IN and OUT | | 32.15 |
| | | | 215,19 |
| | **Agency Charges** | | |
| 8 | AGENCY FEE | | 412.00 |
| | | Sub Total | 412,00 |
| | **Other Dues & Expences** | | |
| 9 | CAR/GAS PER TARIFS)OFFICIALS DELIVERY | | 210.00 |
| 10 | COMMUNICATION EXPENSES | | 80.00 |
| 11 | EXPRESS MAIL (DHL,UPS,ETC) | | 0.00 |
| 12 | BANK CHARGES | | 0.00 |
| 13 | TUGS IN and OUT | | 0.00 |
| 14 | FRESH WATER 0 tons | | 0.00 |
| 15 | GARBAGE | | 0.00 |
| 16 | BERTH RESERVATION FOR THE FIRST CALL ONLY | | 600.00 |
| 17 | OTHER EXPENCE Agency fee for arranging excursion | | 5435.50 |
| 18 | MISCELLANEOUS Incoming services rendered by Estravel | | 123.20 |
| 19 | Shipchandler supply | | 0.00 |
| 20 | | | 0.00 |
| 21 | | | 0.00 |
| 22 | | Sub Total | 6448,70 |
| | | Grand Total EURO | 7799,66 |
| | | Exchange rate EURO/ $ | 0,977000 |
| | | Total in $ dollars | 7983,28 |
| | | Prefund | see report |
| | | | $7 983,28 |
| | | | pay this amount |

**Please make this Disbursement payable
to our account listed below:**

OUR BANK ACCOUNT :
FIRST UNION NATIONAL BANK
FORT LAUDERDALE .FLORIDA
R/T 067006432
BENEFICIARY : INFLOT WORLD WIDE INC.SHIPPING
SWIFT: SEFNUS 33
ACCOUNT: # 2090003077297
REF: PORT EXPENSES IN TALLINN

AGENT_____        STAMP_____

19 аar-02

**EXHIBIT
A
16 OF 32**

③

Messrs.   **Sea R Ltd**

| | **Disbursement Account** | | 200247 | **GRT** | | 608 |
|---|---|---|---|---|---|---|
| at Kuivastu m v **Princessa Valentina** | | | | **Flag** | **Cayman Islands** | |
| 1.  L= 44,37 B= 9.2 H 4.65 V= | | | 1898.149 CBM | **Call No** | 1 | |
| **Arrive:** 14.07.02 | | | | **Sailed** | 15.07.02 | |

| **Expenses and Dues** | | **EUROS** |
|---|---|---|
| **Compulsory Port Dues** | | |
| 1 TONNAGE DUES IN and OUT | for the first call only | 575,20 |
| 2 LIGHT DUES  IN and OUT | | 98,17 |
| 3 PIER DUES | | 0.00 |
| 4 SANITARY DUES | | 0.00 |
| 5 PAX FEE  IN | 0  PAX*USD   1,02 | 0.00 |
| | Sub Total | 673,37 |
| **Pilotage & Mooring** | | |
| 6 PILOTAGE    IN and OUT | | 147,25 |
| 7 MOORING  IN and OUT | | 0.00 |
| | | 147,25 |
| **Agency Charges** | | |
| 8 AGENCY FEE | | 309,00 |
| | Sub Total | **309,00** |
| **Other Dues & Expences** | | |
| 9 CARDS PER CARDS(OFFICIALS)DELIVERY | | 310,00 |
| 10 COMMUNICATION EXPENSES | | 80,00 |
| 11 EXPRESS MAIL (DHL,UPS,ETC) | | 0,00 |
| 12 BANK CHARGES | | 0,00 |
| 13 TUGS  IN and OUT | | 0,00 |
| 14 FRESH WATER | 0  tons | 0,00 |
| 15 GARBAGE | | 0,00 |
| 16 BERTH RESERVATION  FOR THE FIRST CALL ONLY | | 300,00 |
| 17 OTHER EXPENCE: Agency fee for arranging excursion | | 0,00 |
| 18 MISCELLANEOUS | Incoming services rendered by Paravel | 6306,62 |
| 19 Limousine ferry tickets | | 23,50 |
| 20 | | 0,00 |
| 21 | | 0,00 |
| 22 | | 0,00 |
| | Sub Total | 7020,12 |

| | |
|---|---|
| Grand Total EURO | 8149,74 |
| Exchange rate EURO/ $ | 0,977000 |
| Total in $ dollars | 8341,60 |
| Prefund | see report |
| | $8 341,60 |
| | pay this amount |

**Please make this Disbursement payable**
**to our account listed below:**

**OUR BANK ACCOUNT :**
**FIRST UNION NATIONAL BANK**
**FORT LAUDERDALE ,FLORIDA**
**R/T 067006432**
**BENEFICIARY : INFLOT WORLD WIDE INC.SHIPPING**
**SWIFT: SEFNUS 33**
**ACCOUNT: # 2090003077297**
**REF: PORT EXPENSES IN TALLINN**



AGENT _____          STAMP _____

19-авг-02

EXHIBIT
A
17 OF 32

Dec 24 02 12:32p          b° h          ФАКС NO. : 3208389          ДЕК. 24 2002 18:51   CTP16

30 577 9565          P.4

OT :

**The Network of Excellence**
www.inflotww.sp.ru

Messrs.    Transtalantic Agency

| at Riga | | Preliminary Disbursement Account | **20011** RIGA | |
|---|---|---|---|---|
| m.v. | **Princessa Valentina** | | Flag | Cayman Islands |
| 1.   L= | 44,37 B= | 9.2 H= | 4,65 V=   1898,149 CBM | Entry N   1 |
| Arrived | 17.07.02 | | GRT=   608 | Sailed   18.07.02 |

| | Expenses and Dues | USD | |
|---|---|---|---|
| | **Compulsory Port Dues** | | |
| 1 | TONNAGE DUES IN and OUT | $ | - |
| | Sub.Total | $ | - |
| | **Pilotage & Mooring** | | |
| 6 | PILOTAGE     IN and OUT | $ | - |
| 7 | LIGHT DUES | $ | - |
| | | $ | - |
| | **Agency Charges** | | |
| 8 | AGENCY FEE  FOR TWO DAYS | $ | 840,00 |
| | Sub.Total | $ | 840,00 |
| | **Other Dues & Expences** | | |
| 9 | COMMUNICATION EXPENSES | $ | - |
| 10 | EXPRESS MAIL (DHL,UPS,ETC) | $ | - |
| 11 | GARBAGE REMOVAL | $ | - |
| 12 | CUSTOMS AND IMMIGRATIONS SPECIAL ARRANGEMENTS | $ | 1 350,00 |
| 13 | DINNER EXPENCES AT OTTO SCHWARTZ | $ | 4 340,00 |
| 14 | EXPENCES FOR TOUR GUIDE | $ | 2 120,00 |
| 15 | MISCELLANEOUS CASH EXPENCES | $ | 550,00 |
| 16 | PERFORMANCE OF THREE TENORS | $ | 1 420,00 |
| 17 | LIMOUSINE RENT | $ | 2 070,00 |
| 18 | RENT OF MINIBUS | $ | 1 030,00 |
| 19 | SHIPCHANDLER EXPENCES | $ | 748,29 |
| 20 | TRAIN TICKETS AND TRANSPORTATION EXPENCES | $ | 2 212,00 |
| | | $ | 16 680,29 |

Please make this Disbursement payable
to our account listed below:

OUR BANK ACCOUNT :
FIRST UNION NATIONAL BANK
FORT LAUDERDALE ,FLORIDA
R/T 067006432
BENEFICIARY : INFLOT WORLD WIDE INC SHIPPING
SWIFT: SEFNUS 33
ACCOUNT: # 2090003077297
REF: PORT EXPENSES IN RIGA

AGENT
for and on behalf of
INFLOT World Wide INC . Shipping
as agents only

STAMP



# STOCKHOLM CLAIM DOCS



EXHIBIT

A

19 OF 32

Blumberg No. 5162

OT :                          ФАКС NO. : 3208389              ДЕК. 24 2002 18:53   CTP19

02 12/16 MAN 13·30 FAX 0046 8 6631001        STC AB SWEDEN

# *STOCKHOLM SAFARI & EVENTS*™
★ ★ ★ ★ ★

## Outstanding Payments:

| | |
|---|---|
| Invoice 118 | £ 4,567.00.- |
| Invoice 119 | £ 1,060.00.- |
| Invoice 120 | £ 795.00.- |
| Invoice 121 | £ 615.00.- |
| Total: | £ 7,037.00.- |

| | |
|---|---|
| Invoice 122 | € 4,350.00.- |
| Less received pre-payment reduction | € -2,380.00.- |
| Invoice 122 outstanding Final | € 1,970.00.- |

## Outstanding Payment Claim:

| | | |
|---|---|---|
| Scotland | £ 7,037.00.- | |
| Interest 16% pa | £ 376.50 | |
| **Total** | **£ 7,413.50.-** | **€ 11,504.30.-** |
| Ireland | 1,970.00 | |
| Interest 16% pa | 105.40 | |
| **Total** | | **€ 2,075.40.-** |
| Loss and Damages | 4,525.00.- | |
| **Total** | | **€ 4,525.00.-** |
| Legal fees | 10,000.00.- | |
| **Total** | | **€ 10,000.00.-** |
| **Total Final** | | **€ 28,104.70.-** |

Styrmansgatan 41                              tel: 00 46 8 663 1003
SE-114 54 Stockholm                          fax: 00 46 8 663 1001
Sweden

EXHIBIT
A
20 OF 32

OT :                           ФАКС NO. : 3208389                ДЕК. 24 2002 18:54   CTP20

02 12/16 MÅN 13:36 FAX 0048 8 8831001        STC AB SWEDEN                          ②
08/29/2002  09:37   3756494                  PRINCESA VALENTINA          PAGE  03

## Invoice

*D Barda & Partners HB*
**STOCKHOLM SAFARI & EVENTS**

| Invoice no | Client no | Invoice date |
|------------|-----------|--------------|
| 118 | 0018 | 8/26/2002 |

**Invoice Address**

MY Princess Valentina

c/o Transatlantic Agencies

2700 Broening High Way, Maryland

USA

| Your ref: | Captain Peter Thompson | Our ref: | David Barda |
|-----------|------------------------|----------|-------------|
| Your order | 8/21/2002 | Payment | Prompt, SWIFT - transfer |
| | | Payment due | 8/26/2002 |
| | | Late payments | 16.00% |

| Art nr | Description | No | Unit | Price | Total |
|--------|-------------|-----|------|-------|-------|
| 1 | VIP-Service Scotland | 2 | | 5.920.00 | |
| | M/Y Princess Valentina | | | | |
| | Stand by limousines & guides | | | | |
| | during 26th - 29th of August | | | | |
| 10% | Service charge | | £ | 592.00 | |
| VAT | VAT Amount | | | | |
| n/a | n/a | n/a | | | |

| Net | VAT | | | TOTAL |
|-----|-----|--|--|-------|
| | n/a | total in gbp | £ | 6.512,00 |

Address
D Barda & Partners HB
Styrmansgatan 41
SE-114 54 Stockholm

Telefon
+46 (0)8 663 10 03
Fax
+46 (0)8 663 10 01

E-giro
5439.4994

Bank
NORDEA AB
3219-17-07068

Org.no
969686-5428

E-mail
info@stockholmsafari-events.com

Registered F-tax



EXHIBIT
A
21 OF 32
Blumberg No. 5102

305-577-8565
OT :
ФАКС NO. : 3208389
ДЕК. 24 2002 18:54 CTP21
P.8

'02 12/16 MAN 13:30 FAX 0046 9 6691001        STC AB SWEDEN

**STOCKHOLM SAFARI & EVENTS**
D Barda & Partners HB

| Invoice |
| --- |

| Invoice no | Client no | Invoice date |
| --- | --- | --- |
| 118 | 0018 | 2002-08-26 |

Invoice Address

MY Princesa Valentina

c/o Transatlantic Agencies

2700 Broening High Way, Maryland

USA

REVISED!

Your ref:    Captain Peter Thompson
Your order   2002-08-21

Our ref:      David Barda
Payment       Prompt. SWIFT - transfer
Payment due   2002-08-26
Late payments  16,00%

| Artnr | Description | No. | Unit | Price | Total |
| --- | --- | --- | --- | --- | --- |
| | VIP Service Scotland | 2 | | 4 152,40 | |
| | MY Princes Valennna | | | | |
| | Stand by limousines & guides | | | | |
| | during 26th - 29th of August | | | | |
| 10% | Service charge | | | £ 415.00 | |
| VAT | VAT Amount | | | | |
| n/a | n/a | n/a | | | |
| NET | VAT | | | | TOTAL |
| | n/a | total in gbp | | £ | 4.567,40 |

Address
D Barda & Partners HB
Styrmansgatan 41
SE-114 54 Stockholm

Telefon
+46 (0)8 663 10 03
Fax
+46 (0)8 663 10 03

E-giro           bank
NORDEA AB
5430-4994   3219.17.07008

Orgno
960680-5428

E-mailen

EXHIBIT
A
22 OF 32

OT :                          ΦAKC NO. : 3208389          ДЕК. 24 2002 18:56   CTP22

```
        .'38 FAX 0046 8 6601001    STC AB SWEDEN                    0
    .02 09:07   1756400            PRINCESA VALENTINA        PAGE  01
```

## *STOCKHOLM SAFARI & EVENTS™*
* * * * *

### *Valentina Golf Tour at Royal Troon Golf Club*

*Thursday 29th of August*

*0800 am - Driving range*

*0830 am - 1300 pm   Portland course*

*1315 pm - 1430 pm   Lunch*

*14.40 pm - onwards  Royal Troon Championship course*

*Price:*     *£ 260 / guest lunch & caddies included*

*Booking 21-08-02*

Captain Peter Thompson                David J. Barda
Master MV Princes Valentina           STOCKHOLM SAFARI & EVENTS

*Welcome*

Styrmannsgatan 41                    tel: 00 46 8 663 1003
SE-114 54 Stockholm                  fax: 00 46 8 663 1001
Sweden

EXHIBIT
A
23 OF 32

OT :                          ФАКС NO. : 3200389              ДЕК. 24 2002 18:56    СТР23

'02 12-16 MAN 15:09 FAX 0048 8 6631001      STC AB SWEDEN                    @'
09/29/2002  09:37   1756404                  PRINCESA VALENTINA        PAGE  02

## Invoice

**D Barda & Partners HB**
### STOCKHOLM SAFARI & EVENTS

| Invoice no | Client no | Invoice date |
|---|---|---|
| 119 | 0018 | 8/26/2002 |

Invoice Address

MY Princesa Valentina

c/o Transatlantic Agencies

2700 Broening High Way, Maryland

USA

| Your ref: | Captain Peter Thompson | Our ref: | David Barda |
|---|---|---|---|
| Your order | 8/22/2002 | Payment | Prompt, SWIFT - transfer |
| | | Payment due | 8/26/2002 |
| | | Late payments | 16.00% |

| Art nr | Description | No | Unit | Price | Total |
|---|---|---|---|---|---|
| 1 | VIP-Service Scotland | 4 | | £ 1.060,00 | |
| | M/Y Princess Valentina | | | | |
| | Valentina at Royal Troon | | | | |
| | 29th of August at Royal Troon Golf Club | | | | |

| VAT | VAT Amount | | | | |
|---|---|---|---|---|---|
| n/a | n/a | n/a | | | |

| Net | VAT | | | | TOTAL |
|---|---|---|---|---|---|
| | n/a | total in gbp | | £ | 1.060,00 |

Address                    Telefon              Bangiro    bank          Org no
D Barda & Partners HB      +46 (0)8 663 10 03              NORDEA AB
Stureregatan 41            Fax                  5439-4994  3219-17-07064  969606-5428
Sto-114 54 Stockholm       +46 (0)8 663 10 01

                           E-mail               Registered F-tax
                           info@stockholmsafari-events.com



EXHIBIT
24 OF 32

Dec 24 02 12:34p    b&h                    305-977-8965              p.11

OT :                    ФAКC NO. : 3208389           DEK. 24 2002 18:57    CTP24

'02 12:10 MAN 13:39 FAX 0046 8 6631001    STC AB SWEDEN           PAGE  0Z
                                           PRINCESA VALENTINA

# STOCKHOLM SAFARI & EVENTS™
• • • • •

                                    Monday the 26th of August, 2002.

Dear Peter,

Good to talk with you and hear you are well and enjoyed a nice, quite cruise
up to Grenock, Scotland. As agreed please find today Monday 26th of August
program proposal as follows:

### *Valentina at The Hill & Cameron House Monday 26th of August*

**1130 am**    *Guests picked up with Chrysler Voyager at MY Princes Valentina*
               *Grenock docks, Scotland*

**1200 am**    *VIP - Guests Arriving to The Hill House*
               *VIP - interior walking tour of the Castle*

**1330 pm**    *3 course VIP - Lunch in the The Morning Room at the Cameron*
               *House Hotel*

**1430 pm**    *Optional: Loch Lomond centres*
               *- Shopping of Scottish artefacts (adults)*
               *- Legends of the Loch & Beneath the Lochs (children & adults 2 x*
               *  40min in cinema theatre)*
               *- VIP - tour of the Loch Lomond banks*

**1530 pm**    *VIP - Tea & Coffee break on the bank of Loch Lomond*

**1600 pm**    *VIP - visit tweed woolen mills & Scottish antiques tour*
               *- Antarcticus mills*

**1700 pm**    *Guests depart with Chrysler Voyager at MY Princes Valentina*
               *Grenock docks, Scotland*

Price:    £ 795-

Kind regards
// David
Looking forward to your confirmation in return, meanwhile as always
remaining at your disposal with ...

Captain Peter Thompson          David J. Barda
**MY Princes Valentina**       **STOCKHOLM SAFARI & EVENTS™**

Styrmansgatan 41                    tel: 00 46 8 663 1003
SE-114 54 Stockholm                 fax. 00 46 8 663 1001
Sweden

EXHIBIT
A
25 OF 32

OT :                          OAKC NO. : 3208389          AUG. 24 2002 18:58  CTP25

'02 12/18 MÅN 13.59 FAX 0046 8 6631001        STC AB SWEDEN
08/29/2002  09:57   1755404                   PRINCESA VALENTINA          PAGE  01

## Invoice

**D Barda & Partners HB**
## STOCKHOLM SAFARI & EVENTS

| Invoice no | Client no | Invoice date |
|---|---|---|
| 120 | 0018 | 8/26/2002 |

Invoice Address
MY Princesa Valentina
c/o Transatlantic Agencies
2700 Broening High Way, Maryland
USA

| Your ref: | Captain Peter Thompson | Our ref: | David Barda |
|---|---|---|---|
| Your order | 8/26/2002 | Payment | Prompt, SWIFT - transfer |
| | | Payment due | 8/26/2002 |
| | | Late payments | 16.00% |

| Art nr | Description | No | Unit | Price | Total |
|---|---|---|---|---|---|
| 1 | VIP-Service | | | | |
| | Valentina at The Hill & Cameron House | | 1 | 795.000 | 795 |
| | Monday 26th of August | | | | |

| VAT | WITH | % | | |
|---|---|---|---|---|
| n/a | n/a | n/a | | |

| Net | VAT | | | TOTAL |
|---|---|---|---|---|
| | n/a | total in gbp | | £ 795,00 |

| Address | Telefon | B-giro | bank | Org.no |
|---|---|---|---|---|
| D Barda & Partners HB | +46 (0)8 663 10 03 | | NORDEA AB | |
| Stymansgatan 41 | Fax | 5439.4904 | 3210-17 02068 | 956586-5429 |

EXHIBIT
A
26 OF 32
Blumberg No. 5192

OT :                          ΦAKC NO. : 3208389            ДEK. 24 2002 18:58   CTP26

02 12/16 MAN 13:40 FAX 0046 8 6631001     STC AB SWEDEN                          ───
08/29/2002  09:27   1755404               PRINCESA VALENTINA              PAGE  02

# STOCKHOLM SAFARI & EVENTS™
* * * * *

Wednesday the 28th of August, 2002.

Dear Peter,

Sending you enclosed revised program with discounted price due to non-
performance of horse carriages exterior VIP tour of The Valentina at the
Culzean Castle, would you wish with the weather allowing us we would
recomend two vintage convertible vehicles with an extraordinary history of the
cars; Morris Oxford 1924 & Wolsey 1927.

### Valentina at Culzean Castle Wednesday 28th of August

| | |
|---|---|
| **1200 am** | Guests picked up with Chrysler Voyager at MY Princes Valentina Grenock docks, Scotland |
| **1245 pm** | VIP - Guests Arriving to Culzean Castle Welcoming ceremony |
| **1300 pm** | 3 course VIP - Lunch in the Eisenhower Apartment's dinning room fresh fish menu |
| **1430 pm** | VIP - interior walking tour of the Castle |
| **1530 pm** | VIP - Tea & Coffee break |
| **1600 pm** | VIP - exterior tour of the Castle estate - Welled gardens with newly cultivated wineries - Swan pond - The Camellia house |
| **1730 pm** | Guests depart with Chrysler Voyager at MY Princes Valentina Grenock docks, Scotland |

Price:    £ 1365-

Looking forward to your confirmation in return, meanwhile as always
remaining at your disposal with ...

Kind regards
// David

Captain Peter Thompson        David J. Barda
**MY Princes Valentina**      **STOCKHOLM SAFARI & EVENTS™**

Styrmansgatan 41                    tel: 00 46 8 663 1003
SE-114 54 Stockholm                 fax: 00 46 8 663 1001
Sweden



ОТ :                        ФАКС NO. : 3208389              ДЕК. 24 2002 18:59   CTP27

'02 12/18 MAN 13:41 FAX 0048 6 6831001      GTC AB SWEDEN                    ☑
08/29/2002  05:37   1756464                 PRINCESA VALENTINA          PAGE  04

# Invoice

## STOCKHOLM SAFARI & EVENTS
### D Barda & Partners HB

| Invoice no | Client no | Invoice date |
|------------|-----------|--------------|
| 121        | 0018      | 8/26/2002    |

Invoice Address

**MY Princesa Valentina**

c/o Transatlantic Agencies

2700 Broening High Way, Maryland

USA

| | | | |
|---|---|---|---|
| Your ref | Captain Peter Thompson | Our ref | David Barda |
| Your order | 8/26/2002 | Payment | Prompt, SWIFT - transfer |
| | | Payment due | 8/26/2002 |
| | | Late payments | 16.00% |

| Art nr | Description | No | Unit | Price | Total |
|--------|-------------|-----|------|-------|-------|
| 1 | VIP-Service | | | | |
| | Valentina at Culzean Castle | 1 | 1,385- | | 1,385- |
| | Wednesday 28th of August | | | | |

| VAT | VAT Amount | VAT |
|-----|-----------|-----|
| n/a | n/a | n/a |

| Net | VAT | | TOTAL |
|-----|-----|---|-------|
| | n/a | total in gbp | £ 1,385.00 |

Address                              Telefon              B-giro         bank          Org no
D Barda & Partners HB                +46 (0)8 663 10 03   5439-4894      NORDEA AB     969604-3428
Styrmansgatan 41                     Fax                                3219-17-07068
SE-114 54 Stockholm                  +46 (0)8 663 10 01

E-mail
info@stockholmsafari-events.com

EXHIBIT
A
28 OF 32
Blumberg No. 5102

OT :                              ФАКС NO. : 3208389              ДЕК. 24 2002 19:00   CTP28

'02 12/16 MAN 13:41 FAX 0046 8 6631001      STC AB SWEDEN

## Invoice

D Barda & Partners HB

## STOCKHOLM SAFARI & EVENTS

| Invoice no | Client no | Invoice date |
|------------|-----------|--------------|
| 121        | 0018      | 2002-08-26   |

Invoice Address

MY Princesa Valentina

c/o Transatlantic Agencies

2700 Broening High Way, Maryland

USA

*Revised !*

| Your ref | Captain Peter Thompson | Our ref | David Barda |
|----------|------------------------|---------|-------------|
| Your order | 2002-08-26 | Payment | Prompt, SWIFT - transfer |
| | | Payment due | 2002-08-26 |
| | | Late payments | 16.00% |

| Art nr | Description | No | Unit | Price | Total |
|--------|-------------|-----|------|-------|-------|
| 1 | VIP-Service | | | | |
| | Valentina at Culzean Castle | | 1 | | 615 |
| | Wednesday 28th of August | | | | |

| VAT | VAT Amount | VAT |
|-----|------------|-----|
| n/a | n/a | n/a |

| Net | VAT | | TOTAL |
|-----|-----|------|-------|
| | n/a | total in gbp | £ 615,00 |

Address                        Telefon         E-giro     bank        Org no
D Barda & Partners HB          +46 (0)8 663 10 03          NORDEA AB
Stjärnansgatan 41              Fax             5430-4902   3219-17-07048  969086-5428
SE-114 34 Stockholm            +46 (0)8 663 10 01

E-mail                         Registered F-tax
info@stockholmsafari-events.com

EXHIBIT
A
29 of 32
Blumberg No. 5192

Dec 24 '02 12:55p                    D&M                              305-877-3965                    p.36

OT :                                ФAКC NO. : 3208389                      ДEK. 24 2002 19:00    CTP29

02 12 16 MÅN 13:42 FAX 0046 8 6631001        STC AB SWEDEN

Sida 1 av 1

## Kent Bornstein

Från:     "David J. Barda" <david@stockholmsafari-events.com>
Till:     <kent@stockholmsafari-events.com>
Skickat:  den 16 december 2002 11:12
Ämne:     FW: Outstanding Accounts for Princesa Valentina

From: Pinavigator@aol.com
Date: Tue, 5 Nov 2002 12:56:26 EST
To: aschechter@qzap.ne
Cc: david@stockholmsafari-events.com
Subject: Outstanding Accounts for Princesa Valentina

*Dear Ambassador Schechter:*

*Further to several telephone conversations with David Barda, it would appear that there is some reticence to settle outstanding invoices due by my former employers. I hereby confirm that I organized all of the events as listed in the statement below in my capacity of Master of the M.Y. Princesa Valentina on behalf of the beneficial owner Mr. Carl Ruderman and that all of the prices were agreed in advance between Mr. Barda and myself, in the absence of any further funds being transferred to Stockholm Safari and Events it is my belief that the funds being requested are just and fair per our agreement upon engaging Mr. Barda to perform the said tasks, events and services. Should you have any further queries regarding this matter please do not hesitate to call me on + 44 77 88 784 960*

*Kindest regards*

*Capt. Peter Thompson.*

*STOCKHOLM SAFARI & EVENTS™*

Styrmansgatan 41     tel:   00 46 8 663 1003
SE-114 54 Stockholm  fax:   00 46 8 663 1001
Sweden               mob:00 46 70 223 4323

**Scotland (all services un-paid)**

| Inv Program | Cost | Fee | Final Total |
|---|---|---|---|
| 118VIP – Stand By Services, Scotland | £4,152.00 | £415.00 | £4,567.00 |
| 119VIP – By Invitation Only Valentina at Royal Troon | £728.00 | £332.00 | £1,060.00 |
| 120VIP – By Invitation Only Valentina at The Hill & Cameron | £490.00 | £305.00 | £795.00 |
| 121 VIP – By Invitation Only Valentina at The Culzean Castle | £410.00 | £205.00 | £615.00 |
| **Grand total £ outstanding** | | | **£ 7,037.00** |

**Ireland (last service un-paid)**

| Invoice  Program | Cost | Fee | Final Total |
|---|---|---|---|
| 122 VIP – By Invitation Only Valentina at The Curragh race | 2,904.00 | 1,446 | 4,350.00 |
| **Grand total   outstanding** | 4,350.00 | | |
| **Less received pre-payments deduction** | -2,380.00 | | |
| **Grand Final total   outstanding** | 1,970.00 | | |



EXHIBIT
A
30 OF 32

OT : ФАКС NO. : 3208389 ЦЕК. 24 2002 19:01 СТР30

02 12/16 MAN 13:42 FAX 0046 8 0631001 STC AB SWEDEN

D Barda & Partners HB
**STOCKHOLM SAFARI & EVENTS**

# Invoice

| Invoice no | Client no | Invoice date |
|---|---|---|
| 122 | 0018 | 2002-09-02 |

Invoice Address
MY Princesa Valentina
c/o Transatlantic Agencies
2700 Broening High Way, Maryland
USA

Your ref:  Captain Peter Thompson
Your order  2002-08-31

Our ref.  David Barda
Payment  Prompt, SWIFT - transfer
Payment due  2002-09-04
Late payments  16,00%

| Art ur | Description | No | Unit | Price | Total |
|---|---|---|---|---|---|
| 1 | VIP-Service | | | | |
| | Valentina at The Curragh Race Course | | | 4.350,00 | 4.350,00 |
| | Sunday 1st of September | | | | |

| VAT | VAT Amount | VAT |
|---|---|---|
| n/a | n/a | n/a |

| Net | VAT | | TOTAL |
|---|---|---|---|
| | n/a | total in euro | 4.350,00 |

Address  Telefon  B giro  Bank  Org no
Barda & Partners HB  +1 (0)8 662 40 93  NORDEA AB
Storangsvagen 41  Fax  3240-17-02603  669050-5428
SE-114 84 Stockholm  +46 (0)8 665 10 01

E-mail
info@stockholmsafari-events.com



EXHIBIT
A
31 OE 32

DT :                          ӨАКС NO.  : 3208389              ШЕК. 24 2002 19:01   CTP31

# STOCKHOLM SAFARI & EVENTS™
. . . . .

**Sunday 1st of September Dublin, Ireland (Guests International Flights)**

Stand by 0600 am - 1800pm Chrysler voyager x 2 with Chauffeurs and 1extra
Guide (dark un-marked with leather seats, AC. CD-Radio/Stereo, el. windows)
at MY Princes Valentina Dublin docks

????h am/PmTransfer Guests (please advise time)
MY Princes Valentina Dublin docks
to Dublin airport for International overseas flights

| | | |
|---|---|---|
| Chrysler Voyager a € 500 / x 2 vehicle day | € 1000 | |
| Guide | € 240 / day | |
| Total | € 1240 | |

| | | |
|---|---|---|
| Total | Thursday 22-08-02 | € 1240 |
| Total | Friday 23-08-02 | € 1740 |
| Total | Saturday 24-08-02 | € 1240 |
| Total | Sunday 25-08-02 | € 1240 |
| Total | Monday 26-08-02 | € 1240 |
| Total | Tuesday 27-08-02 | € 1240 |
| Total | n/a | € n/a |
| Total | Thursday 29-08-02 | € 1240 |
| Total | Friday 30-08-02 | € 1240 |
| Total | Saturday 31-08-02 | € 1240 |
| Total | Sunday 01-09-02 | € 1240 |
| Final Total | | € 12900 |

*(handwritten: STOCKHOLM AND REP. SCOTLAND)*

Looking forward to your signed confirmation per fax in return, meanwhile as
always remaining at your disposal with ...

Kind regards

// David

Confirmed booking of above described Standby Limousine service:
21-08-02

Captain Peter Thompson                    David J. Barda
Master MY Princes Valentina               STOCKHOLM SAFARI&EVENTS

Styrmansgatan 41                          tel: 00 46 8 663 1003
SE-114 54 Stockholm                       fax: 00 46 8 663 1001
Sweden

EXHIBIT
A
32 OF 32

## Kent Bornstein

**Från:** "David J. Barda" <david@stockholmsafari-events.com>
**Till:** <kent@stockholmsafari-events.com>
**Skickat:** den 16 december 2002 11:12
**Ämne:** FW: Outstanding Accounts for Princesa Valentina

----

From: Ptnavigator@aol.com
Date: Tue, 5 Nov 2002 12:56:26 EST
To: aschechter@qzip.ne
Cc: david@stockholmsafari-events.com
Subject: Outstanding Accounts for Princesa Valentina

*Dear Ambassador Schechter:*

*Further to several telephone conversations with David Barda, it would appear that there is some reticence to settle outstanding invoices due by my former employers. I hereby confirm that I organised all of the events as listed in the statement below in my capacity of Master of the M.Y. Princesa Valentina on behalf of the beneficial owner Mr. Carl Ruderman and that all of the prices were agreed in advance between Mr. Barda and myself, in the absence of any further funds being transferred to Stockholm Safari and Events it is my belief that the funds being requested are just and fair per our agreement upon engaging Mr. Barda to perform the said tasks, events and services. Should you have any further queries regarding this matter please do not hesitate to call me on + 44 77 88 780 960*

*Kindest regards*

*Capt. Peter Thompson.*

*STOCKHOLM SAFARI & EVENTS™*


Styrmansgatan 41      tel:   00 46 8 663 1003
SE-114 54 Stockholm fax:    00 46 8 663 1001
Sweden                mob:00 46 70 223 4322

**Scotland (all services un-paid)**

| Inv Program | Cost | Fee | Final Total |
|---|---|---|---|
| 118VIP – Stand By Services, Scotland | £4.152.00 | £ 415.00 | £ 4.567.00 |
| 119VIP – By Invitation Only Valentina at Royal Troon | £ 728.00 | £ 332.00 | £ 1.060.00 |
| 120VIP – By Invitation Only Valentina at The Hill & Cameron | £ 490.00 | £ 305.00 | £ 795.00 |
| 121   VIP – By Invitation Only Valentina at The Culzean Castle | £ 410.00 | £ 205.00 | £ 615.00 |
| **Grand total £ outstanding** | | | **£ 7.037.00** |

**Ireland (last service un-paid)**

| Invoice  Program | Cost | Fee | Final Total |
|---|---|---|---|
| 122 VIP – By Invitation Only Valentina at The Curragh race | 2.904.00 | 1.446 | 4.350.00 |
| **Grand total   outstanding** | 4.350.00 | | |
| **Less received pre-payments deduction** | -2.380.00 | | |
| **Grand Final total   outstanding** | 1.970.00 | | |



EXHIBIT
B
Blumberg No. 5162

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS

02-61805

INFLOT WORLD-WIDE, INC.

**DEFENDANTS**

CIV-MARRA

M/V "PRINCESSA VALENTINA"
    and
CARL RUDERMAN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

0:02CV61805 Marra

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Captain Edward R. Fink, Judge Advo-
cate General's Corps, United States
Navy (Retired) P.O. Box 460037, Ft.
Laud., FL 33346 (954) 524-6289

ATTORNEYS (IF KNOWN)

Unknown

MAGISTRATE JUDGE
SELTZER

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:  DADE,  MONROE,  BROWARD,  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION    (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                                              AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT    (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | A☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | A☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)   46 U.S.C. § 31342(a)(2)

An action to enforce a maritime lien against a vessel and for unjust
enrichment against the owner.

LENGTH OF TRIAL  ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $62,680.00      CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY    (See instructions):

NONE

JUDGE _____   DOCKET NUMBER _____

DATE
December 30, 2002

SIGNATURE OF ATTORNEY OF RECORD
Edward R. Fink

**FOR OFFICE USE ONLY**

RECEIPT #  336977   AMOUNT  150.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

DEC 30 2002